**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JUAN MARTIN FIGUEROA,<br><br>         Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY, Warden,<br><br>         Respondent. | No. CV 20-3911-FMO (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Second Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Second Report and Recommendation is accepted.
2. Judgment shall be entered consistent with this Order.
3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: April 2, 2021

/s/ - Fernando M. Olguin
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE