JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN MARTIN FIGUEROA, | No. CV 20-3911-FMO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Second Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: April 2, 2021

/s/ - Fernando M. Olguin
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE